# United States District Court

_____ DISTRICT OF __Massachusetts__

| | |
|---|---|
| Hingham Mutual Fire Insurance Company, a/s/o Michael Roroule | **SUMMONS IN A CIVIL ACTION** |
| V. | CASE NUMBER: |
| Douglas Cummins and Edward Silveira | **03 CV 12391 WGY** |

TO: (Name and Address of Defendant)

Douglas Cummins
375 Forsyth Road
Salem, CT 06420

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE  11/26/03

AO 440 (Rev.1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/16/03 |
| NAME OF SERVER (PRINT) WAYNE VENDETTO | TITLE STATE MARSHAL |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 375 Forsyth Rd, Salem, CT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 12.96 | SERVICES 30.00 | TOTAL 42.96 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/16/03
*Date*

*Signature of Server*

PO Box 964 New London, CT 06320
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.