# United States District Court

**DISTRICT OF** Massachusetts

2003 DEC 29 P 2: 41

Hingham Mutual Fire Insurance Company, a/s/o Michael Gomes

V.

Douglas Cummins

and

Edward Silveira

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**03 CV 12391 WGY**

TO: (Name and Address of Defendant)

Edward Silveira
251 Island Drive
Middletown, RI 02842

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE 11/26/03

RETURN OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF NEWPORT                                    VS.

I hereby certify that I received the within and hereto annexed Summons and Complaint on the 4th day of December 2003, and that I served the defendant EDWARD Silveira on the 4th day of December, 2003 as follows:

By delivering to or leaving with said defendant personally, at 251 Island Drive Middletown, RI 02842 a true and correct copy of said Summons and a copy of said Complaint thereto annexed.

By delivering to and leaving with _____ a person of suitable age and discretion and residing at the usual place of abode of said defendant, at _____ _____, a true and correct copy of said Summons and a copy of said Complaint thereto annexed.

_____
Deputy Sheriff

Newport, Sc.

Subscribed and sworn to in Newport, Rhode Island this 4Th day of December A.D. 2003 before me _____
Notary Public  Rosalie R. Wotton
My Commission expires 6-4-07