FILED

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

2003 DEC 31  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
        Plaintiff

Civil Action No. 03-CV-12391-WGY

v.

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
        Defendants

## STIPULATION

Plaintiff, Hingham Mutual Fire Insurance Company, a/s/o Michael Gould, and Defendant, Edward Silveira, hereby stipulate and agree through their undersigned counsel that Defendant may answer or otherwise respond to the Complaint on or before December 31, 2003 with full force and effect.

Plaintiff,
Hingham Mutual Fire Ins. Co.,
a/s/o Michael Gould,
By its attorney,

W. Paul Needham, Esq.
B.B.O.#: 368260
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
Tel: (617) 482-0500
Fax: (617)

Defendant,
Edward Silveira,
By his attorneys

Dennis T. Grieco II
BBO#: 545304
GIDLEY, SARLI, & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 3319304

**CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

    I hereby certify that on the _30_ day of _December_, 2003, I mailed and/or hand delivered a true copy of the within to counsel of record, as above.

_____