UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 31  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
      Plaintiff

v.

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
      Defendants

### ENTRY OF APPEARANCE

Dennis T. Grieco II hereby enters his appearance as counsel for the Defendant, Edward Silveira.

Defendant,
Edward Silveira,
By his attorneys

_____
Dennis T. Grieco II
BBO#: 545304
GIDLEY, SARLI, & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 3319304

## CERTIFICATION

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

I hereby certify that on the 30 day of December, 2003, I mailed and/or hand delivered a true copy of the within to counsel of record, as above.

*[signature]*