UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -6  A 11: 48

CIVIL ACTION NO: 03-CV-12391-WGY

U.S. DISTRICT COURT
DISTRICT OF MASS.

HINGHAM MUTUAL FIRE INSURANCE COMPANY a/s/o
MICHAEL GOULD,
Plaintiff

VS

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
Defendants

---

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the above named Defendant Douglas Cummins.

By his attorney,

D. Michael Arter
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
B.B.O. #022410

DATED:   January 5, 2004