UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 03-CV-12391-WGY

HINGHAM MUTUAL FIRE INSURANCE COMPANY
MICHAEL GOULD,
Plaintiff

VS

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
Defendants

---

## DEMAND FOR JURY TRIAL OF ALL ISSUES

The Defendant, Douglas Cummins, in the above entitled action demands a trial by jury of all issues.

By his attorney,

*/s/ D. Michael Arter*

D. Michael Arter
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
B.B.O. #022410

DATED:     January 5, 2004