UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTUAL FIRE )
INSURANCE COMPANY, a/s/o )
MICHAEL GOULD, )
    Plaintiff )
)
v. )  Civil Action No.
)  03-CV-12391-WGY
)
DOUGLAS CUMMINS and )
EDWARD SILVEIRA, )
    Defendants )
_____ )

### ANSWER OF HINGHAM MUTUAL FIRE INSURANCE COMPANY a/s/o MICHAEL GOULD TO COUNTER-CLAIM OF DEFENDANT DOUGLAS CUMMINS

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. As paragraph 5 of the Counter-Claim calls for a legal conclusion, the defendant-in-counterclaim is unable to admit or deny.

6. Denied.

7. Denied.

8. Denied.

### First Affirmative Defense

The Counter-Claim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Plaintiff in Counter-Claim failed to send a demand letter pursuant to M.G.L. ch. 93A at least 30 days prior to filing the Counter-Claim.

THE DEFENDANT-IN-COUNTERCLAIM DEMANDS A TRIAL
BY JURY AS TO ALL ISSUES SO TRIABLE

Dated: January 7, 2004

The Plaintiff,
HINGHAM MUTUAL FIRE
INSURANCE COMPANY,
a/s/o MICHAEL GOULD,
By its attorney,

*W. Paul Needham*
W. Paul Needham
BBO#368260
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Answer of Hingham Mutual Fire Insurance Company a/s/o Michael Gould to Counter-Claim of Defendant Douglas Cummins on the parties by mailing a copy hereof, postage prepaid, to the following on January 7, 2004:

D. Michael Arter, Esq.
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

*W. Paul Needham*
W. Paul Needham

2