UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 03-CV-12391-WGY

HINGHAM MUTUAL FIRE INSURANCE COMPANY a/s/o
MICHAEL GOULD,
Plaintiff

VS

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
Defendants

===========================================

### DEFENDANT, DOUGLAS CUMMINS, CERTIFICATION PURSUANT TO LOCAL RULE 16.1

We hereby certify that we have conferred:

(a)  with a view of establishing a budget for the costs of conducting the full course – and various alternate course – of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
D. Michael Arter
Counsel for the Defendant

_____
William Wry
Senior Technical Specialist
Travelers Insurance Company