UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HINGHAM MUTUAL FIRE ) <br> INSURANCE COMPANY, ) <br> a/s/o MICHAEL GOULD, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DOUGLASS CUMMINS and ) <br> EDWARD SILVEIRA, ) <br> Defendants ) <br> _____ ) | CIVIL ACTION NO.: <br> 03-12391-WGY |

## REQUEST FOR HEARING

The plaintiff, Hingham Mutual Fire Insurance Company, a/s/o Michael Gould, hereby requests that this Court schedule a hearing on its Motion to for Leave to Amend Complaint.

Dated: February 6, 2004

The Plaintiff,
By its attorney,

W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Request for Hearing on the defendants by mailing a copy hereof, postage prepaid, to the following on February 6, 2004:

Dennis T. Grieco, II, Esq.  
Gidley, Sarli & Marusak  
One Turks Head Place, Suite 900  
Providence, RI 02903

D. Michael Arter, Esq.  
Law Office of Brian M. Cullen  
100 Summer Street, Suite 201  
Boston, MA 02109

W. Paul Needham

**W. PAUL NEEDHAM, P.C.**
ATTORNEYS AT LAW
10 LIBERTY SQUARE
BOSTON, MASSACHUSETTS 02109
TEL. (617) 482-0500
FAX (617) 482-0456

W. PAUL NEEDHAM
MARK A. JOHNSON



February 6, 2004

**BY HAND DELIVERY**

Clerk, Civil
U.S. District Court
One Courthouse Way
Boston, MA 02210

            **Re: Civil No. 03-12391-WGY**
            **Hingham Mutual Fire Ins. Co. v.**
            **Cummins et al.**

Dear Sir or Madam:

Enclosed for filing in the above-entitled matter please find the following:

1) *Plaintiff's Motion for Leave to Amend Complaint*;

2) *Memorandum in Support of Plaintiff's Motion for Leave to Amend Complaint*; and

3) *Request for Hearing*.

Thank you for your attention to this matter.

                                            Very truly yours,

                                            W. Paul Needham

WPN/maj
Enclosure

cc:    D. Michael Arter, Esq. (by first class mail)
        David Greico, II, Esq. (by first class mail)