UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

CIVIL ACTION NO.: 03-12391-WGY

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
        Plaintiff

v.

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
        Defendants

April 9, 2004
YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due Sept 1, 2004
Dispositive Motions due Sept 1, 2004

William G. Young
U.S. District Judge

### SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

As requested by the Court during the Scheduling Conference held on February 2, 2004, the parties' collectively submit this Supplemental Case Management Schedule.

1. Trial is set for October, 2004, to commence on a date to be later designated by the Court.

2. The final Pre-Trial Conference will take place in September 2004 on a date to be later designated by the Court.

3. Fact discovery will close in this case on August 1, 2004.

4. Plaintiff must disclose expert witnesses by July 1, 2004.

5. Defendants must disclose expert witnesses within 30 (thirty) days from receipt of Plaintiff's expert disclosures.

6. All expert depositions must be completed by September 1, 2004.

7. All motions related to pre-trial proceedings must be filed with the Court by September 1, 2004.

The deadline related to Pre-Trial proceedings that are set forth herein may only be amended by Stipulation of all parties or by Order of the Court upon Motion with notice to all parties.

|  |  |
|---|---|
| Plaintiff,<br>Hingham Mutual Fire Ins. Co.,<br>a/s/o Michael Gould,<br>By its attorney, | Respectfully Submitted,<br><br>Defendant,<br>Edward Silveira,<br>By his attorneys |

*W. Paul Needham /s/ (by D<sub>C</sub>)*
_____
W. Paul Needham, Esq.
B.B.O.#: 368260
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
Tel: (617) 482-0500
Fax: (617)

*Dennis T. Grieco II*
_____
Dennis T. Grieco II
BBO#: 545304
GIDLEY, SARLI, & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 3319304

Defendant,
Michael Cummins,
By his attorney,

*D. Michael Arter /s/ (by D<sub>C</sub>)*
_____
D. Michael Arter, Esq.
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02109

ENTER:                                                  Per Order,


_____                             _____
Justice                                                 Clerk