UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

HINGHAM MUTUAL FIRE )
INSURANCE COMPANY, )
a/s/o MICHAEL GOULD, )
   Plaintiff )
)
v. ) CIVIL ACTION NO.
) 03-12391-WGY
)
DOUGLAS CUMMINS and )
EDWARD SILVEIRA, )
   Defendants )

## ANSWER OF HINGHAM MUTUAL FIRE INSURANCE COMPANY, A/S/O MICHAEL GOULD TO DOUGLAS CUMMINS'S COUNTER-CLAIM

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

1

### First Affirmative Defense

The Counter-Claim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Plaintiff-in-Counterclaim's purported c. 93A demand letter failed to comply with the statutory requirements.

**THE DEFENDANT-IN-COUNTERCLAIM DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

Dated: April 12, 2004

The Plaintiff,
By its attorney,

W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

### CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Answer on the parties by mailing a copy hereof, postage prepaid, to the following on April 12, 2004:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

D. Michael Arter, Esq.
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02109

W. Paul Needham