UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HINGHAM MUTUAL FIRE INSURANCE COMPANY, a/s/o MICHAEL GOULD, Plaintiff<br><br>v.<br><br>DOUGLAS CUMMINS and EDWARD SILVEIRA, Defendants | CIVIL ACTION NO.: 03-12391-WGY |

**ANSWER OF HINGHAM MUTUAL FIRE INSURANCE COMPANY, A/S/O MICHAEL GOULD TO EDWARD SILVEIRA'S COUNTER-CLAIMS**

**Parties**

1. Admitted.

2. Admitted.

**Jurisdiction**

3. Admitted.

4. Admitted.

5. Admitted.

6. As Paragraph 6 of the Counter-claim calls for a legal conclusion, Hingham Mutual, a/s/o Michael Gould is unable to admit or deny the allegations contained therein.

7. As Paragraph 7 of the Counter-claim calls for a legal conclusion, Hingham Mutual, a/s/o Michael Gould is unable to admit or deny the allegations contained therein.

**Facts**

8. Admitted.

9. Admitted only that Michael Gould gave partial initial consent to Cummins and Silveira to use and operate the boat.

10. Admitted that Cummins was operating the boat at the time of the Accident. Denied that Silveira was using the boat with Michael Gould's consent at the time of the accident.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted except that there is a typographical error in Silveira's transcription of the first sentence of section "6. Watercraft," subsection "a." That sentence should read, "We pay for the bodily injury *or* the property damage...," not "We pay for the bodily injury *for* the property damage...."

18. Admitted.

19. Admitted that in August 2003 Hingham Mutual received a letter from Douglas Cummins's insurer in which it asserted that Cummins was entitled to a defense and coverage. The remaining allegations in Paragraph 19 of the Counter-claims are denied.

20. Admitted only that Hingham Mutual, though its counsel, sent Silveira a July 22, 2003 letter in which it set forth its rights to and basis for a contribution claim against Silveira. The remaining allegations in Paragraph 20 of the Counter-claims are denied.

21. Admitted.

22. Admitted only that on February 2, 2004 counsel for Silveira and Cummins

2

made the argument to Hingham Mutual, through its counsel and claims representative, that their clients were entitled to be defended and covered by Hingham Mutual.

23. Admitted only the counsel for Silveira and Cummins, by letters dated February 11 and 12, 2004, respectively, made the argument to Hingham Mutual, through its counsel, that their clients were entitled to be defended and covered by Hingham Mutual.

24. Denied.

25. Denied.

## COUNT I

### Breach of Contract/Duty to Defend and Indemnify

26. Hingham Mutual repeats its answers to Paragraphs 1-25 of the Counter-claims and incorporates them as if fully set forth herein.

27. Denied

28. Denied.

29. Denied.

30. Denied.

31. Admitted that Silveira has demanded that Hingham Mutual provide him with a defense and coverage. Denied that Hingham Mutual has a duty and obligation to provide Silveira with a defense and coverage.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

## COUNT II

### Abuse of Process

38. Hingham Mutual repeats its answers to Paragraphs 1-37 of the Counter-claims and incorporates them as if fully set forth herein.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

## COUNT III

### Violations of M.G.L. c. 93A and c. 176D

43. Hingham Mutual repeats its answers to Paragraphs 1-42 of the Counter-claims and incorporates them as if fully set forth herein.

44. Denied.

45. Denied.

46. Denied.

### First Affirmative Defense

The Counter-Claims fail to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Plaintiff-in-Counterclaim's failed to send a demand letter pursuant to M.G.L. c. 93A at least 30-days before filing the Counter-claims.

**THE DEFENDANT-IN-COUNTERCLAIM DEMANDS A TRIAL
BY JURY ON ALL ISSUES SO TRIABLE**

Dated: May 6, 2004

Hingham Mutual Fire Ins. Co, a/s/o
Michael Gould,
By its attorney,

*/s/ W. Paul Needham*
W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Answer on the parties by mailing a copy hereof, postage prepaid, to the following on May 6, 2004:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

D. Michael Arter, Esq.
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02109

*/s/ W. Paul Needham*
W. Paul Needham