UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-12391-WGY

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
      Plaintiff

v.

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
      Defendants

**DEFENDANT, EDWARD SILVEIRA'S SUPPLEMENTATION TO THE FED. R. CIV. P. 30(b)(6) DEPOSITION NOTICE TO PLAINTIFF, HINGHAM MUTUAL FIRE INSURANCE COMPANY**

The Defendant, Edward Silveira, hereby supplements the topics of inquiry set forth in the "Exhibit A" attached to the Notice of Taking Deposition of Plaintiff Hingham Mutual Fire Insurance Company, issued by the Defendant, Douglas Cummins, pursuant to Fed. R. Civ. P. 30(b)(6), to include the following topics, thereby requiring Plaintiff to designate and produce the individual(s) with the most knowledge regarding these topics on the date and at the place designated in said deposition notice:

1. The basis for Hingham Mutual Fire Insurance Company's refusal to defend and indemnify Edward Silveira in the present action;

2. The circumstances surrounding Melissa Macomber's August 4, 2001 accident and the identity of all persons Hingham Mutual concedes or contends were in any way responsible for that accident and the basis for any such contentions;

3. The basis for Hingham Mutual's claims that it is entitled to contribution from Edward Silveira and Douglas Cummins;

4. The basis for Hingham Mutual's contention that Edward Silveira is not an insured under its policy of insurance No. H09722161;

5. The handling and/or defense of the claims asserted by Melissa Macomber against Michael Gould as a result of her August 4, 2001 accident and/or the handling of all claims in the present action;

6. Communications and/or documents concerning or related to the application for underwriting of, issuance to or cancellation of any and all polices of insurance issued by Hingham Mutual to Michael Gould, including but not limited to Policy No. HO9722161;

7. The circumstances surrounding when Hingham Mutual first learned of or considered any contention or suggestion that either Edward Silveira or Douglas Cummins were insureds under Hingham Mutual's Policy No. HO9722161, and all actions taken by Hingham Mutual through its employees, agents, representatives or attorneys as a result of learning of that suggestion and/or contention;

8. Any and all communications between Michael Gould and any other person concerning the use and/or maintenance or repair of his boat on August 4, 2001;

9. Any and all practices, policies, rules, customs, and protocols, written and unwritten, of Hingham Mutual concerning or related to:

    (a) the application for, the issuance of, underwriting of, or cancellation of Hingham Mutual's policies of insurance similar to policy number HO9722161;

    (b) the handling and/or defense of claims such as those asserted by Melissa Macomber against Michael Gould;

    (c) the handling and/or defense of contribution claims against Hingham Mutual's insureds;

    (d) the handling and/or prosecution of subrogation or contribution claims by Hingham Mutual;

    (e) the denial of coverage and/or the reservation of rights to deny coverage by Hingham Mutual;

    (f) and the decision concerning and notification of the provision of a defense to Hingham Mutual insureds or the refusal to provide such defense.

Defendant,
Edward Silveira,
By his attorneys

Dennis T. Grieco II
BBO#: 545304
GIDLEY, SARLI, & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI  02903
Tel: (401) 274-6644
Fax: (401) 331-9304

## **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Offices of Brian M. Cullen
100 Summer Street, Ste. 201
Boston, MA 02110

      I hereby certify that on the _16_ day of _June_, 2004, I mailed a true copy of the within to counsel of record, as above.

                                                                _/s/ Cidalia Mendes_