UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HINGHAM MUTUAL FIRE INSURANCE COMPANY, a/s/o MICHAEL GOULD, Plaintiff <br><br> v. <br><br> DOUGLAS CUMMINS and EDWARD SILVEIRA, Defendnts | CIVIL ACTION NO.: 03-12391-WGY |

FILED
IN CLERKS OFFICE
2004 JUN 22 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION OF DEFENDANT-IN-COUNTERCLAIM, HINGHAM MUTUAL FIRE INSURANCE COMPANY, TO SEVER AND STAY COUNTERCLAIMS OF EDWARD SILVEIRA AND DOUGLAS CUMMINS

The Defendant-in-Counterclaim, Hingham Mutual Fire Insurance Company ("Hingham Mutual"), hereby moves that this Court issue an order staying the counterclaims of Edward Silveira and Douglas Cummins, as well as all discovery related thereto. In support of this Motion, Hingham Mutual relies on the Memorandum filed herewith.

Dated: June 21, 2004

HINGHAM MUTUAL
FIRE INS. CO.,
By its attorney,

W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

1

## CERTIFCATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, W. Paul Needham, hereby certify that I conferring in good faith with counsel by means of letter exchange and attempted to resolve and narrow the issues present in this Motion. I sent a letter to opposing counsel on May 18, 2004 explaining my objections to certain discovery (*see* Exhibit D attached hereto), and Attorney Grieco responded by letter of May 24, 2004 (*see* Exhibit E attached hereto).

_____
W. Paul Needham

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Protective Order on the defendants by mailing a copy hereof, postage prepaid, to the following on June 21, 2004:

Dennis T. Grieco, II, Esq.  
Gidley, Sarli & Marusak  
One Turks Head Place, Suite 900  
Providence, RI 02903

D. Michael Arter, Esq.  
Law Office of Brian M. Cullen  
100 Summer Street, Suite 201  
Boston, MA 02109

_____
W. Paul Needham