UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HINGHAM MUTUAL FIRE INSURANCE COMPANY, a/s/o MICHAEL GOULD, Plaintiff<br><br>v.<br><br>DOUGLASS CUMMINS and EDWARD SILVEIRA, Defendants | CIVIL ACTION NO.: 03-12391-WGY |

FILED IN CLERKS OFFICE
2004 JUN 22 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

## REQUEST FOR HEARING

The defendant-in-counterclaim, Hingham Mutual Fire Insurance Company, a/s/o Michael Gould, hereby requests that this Court schedule a hearing on its Motion to Sever and Stay Counterclaims of Edward Silveira and Douglas Cummins.

Dated: June 21, 2004

HINGHAM MUTUAL FIRE
INSURANCE COMPANY
By its attorney,

W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Request for Hearing on the defendants by mailing a copy hereof, postage prepaid, to the following on June 21, 2004.

| | |
|---|---|
| Dennis T. Grieco, II, Esq. | D. Michael Arter, Esq. |
| Gidley, Sarli & Marusak | Law Office of Brian M. Cullen |
| One Turks Head Place, Suite 900 | 100 Summer Street, Suite 201 |
| Providence, RI 02903 | Boston, MA 02109 |

_____
W. Paul Needham

2