UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 03-CV-12391-WGY

HINGHAM MUTUAL FIRE INSURANCE COMPANY a/s/o
MICHAEL GOULD,
Plaintiff

VS

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
Defendants

## NOTICE OF CHANGE OF FIRM NAME

This is to notify the Court and all parties to the above action, that <u>effective July 12, 2004,</u> the law firm representing the defendant, Douglas Cummins will change its name from:

Law Office of Brian M. Cullen

To:

Law Offices of Thomas M. Niarchos

By,

*[signature]*

D. Michael Arter
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA  02110
(617) 772-2800
BBO#022410

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 12, 2004.

*[signature]*
D. Michael Arter