UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HINGHAM MUTUAL FIRE INSURANCE COMPANY, a/s/o MICHAEL GOULD, Plaintiff<br><br>v.<br><br>DOUGLAS CUMMINS and EDWARD SILVEIRA, Defendnts | CIVIL ACTION NO.: 03-12391-WGY |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT EDWARD SILVEIRA TO PRODUCE INSURANCE POLCIES

The Plaintiff, Hingham Mutual Fire Insurance Company ("Hingham Mutual"), hereby moves that this Court issue an order compelling defendant Edward Silveira to produce any and all insurance polices that are responsive to Request No. 1 in Hingham Mutual's Request for Production of Documents (a copy of Hingham Mutual's Request for Production of Documents is attached as Exhibit A to its Memorandum in Support of this Motion). The grounds for this Motion are set forth in the Memorandum filed herewith.

Dated: August 4, 2004

The Plaintiff,
HINGHAM MUTUAL
FIRE INS. CO.,
By its attorney,

W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

1

## CERTIFCATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, W. Paul Needham, hereby certify that I conferring in good faith with counsel by means of several telephone conversations and attempted to resolve and narrow the issues present in this Motion.

W. Paul Needham

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Protective Order on the defendants by mailing a copy hereof, postage prepaid, and faxing a copy of the same to the following on August 4, 2004:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

D. Michael Arter, Esq.
Law Office of Thomas Niarchos
100 Summer Street, Suite 201
Boston, MA 02109

W. Paul Needham

2