UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

IN RE: DENNIS T. GRIECO II

TO: CHIEF JUSTICE WILLIAM C. YOUNG

### PETITION FOR EXCUSAL

Now comes Dennis T. Grieco II, Attorney, of the City of Providence, State of Rhode Island, and petitions this Court for permission to be excused from the Court's calendar on the following dates: Wednesday, September 23, 2004 through and including Monday, September 27, 2004. For grounds, Petitioner states that he will be out of state attending a conference.

Petitioner has the following cases presently pending:

Boston Financial Corporation v. Prime Star, LLC et al, C.A. 04-11499 (no trial date assigned);

Hingham Fire Insurance Company v. Douglas Cummins & Edward Silveira, C.A. 03-12391W04. (trial scheduled to take place after October 4, 2004).

_____
Dennis T. Grieco II #566676
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI  02903
(401) 274-6644
(401) 331-9304  (FAX)

Dated:

APPROVED:

_____
Chief Judge William C. Young

**CERTIFICATION**

Joseph M. Klements, Esq.
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02100

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110

    I hereby certify that on the __5__ day of __August__, 2004 a true copy of the within was served by mail on counsel of record, as set forth above.

_____