# EXHIBIT 2

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
       Plaintiffs        CIVIL ACTION NO.:
                                                             03-12391-WGY

v.

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
       Defendants

**DEFENDANT, EDWARD SILVEIRA'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant, Edward Silveira, hereby provides the following supplemental response to plaintiff's request for production of documents dated March 2, 2004:

**REQUEST NO.1:** All policies of insurance that were in effect on August 4, 2001 as follows:

    (a)    Listed Edward Silveira as a named insured;

    (b)    Listed any business entity in which Edward Silveira had an ownership interest as a named insured;

    ( c)    Otherwise provided insurance coverage of any kind and for any reason to Edward Silveira and/or any business entity in which he had an ownership interest.

**RESPONSE NO.1:** Defendant objects to providing any insurance agreement other than those designated in Fed. R. Civ. P. 26 (a) (1) (D). To the extent this request seeks insurance agreements beyond those designated in that rule, it is overbroad, unduly burdensome, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving

said objections, Defendant has no insurance agreements as described in Fed. R. Civ. P. 26 (a)(1)(D) that were in effect on August 4, 2001.

### SUPPLEMENTAL RESPONSE NO. 1:

(a) None.

(b) None.

(c) Defendant incorporates by reference the objections stated in his initial response. Without waiving said objections, please see the Providence Mutual policy, attached as **Response No. 1**, issued to Edward Silveira's mother, Rose Rodrigues. The existence of this policy was discovered subsequent to the Defendant's original response to Plaintiff's Request for Production of Documents. The Defendant has requested that Providence Mutual provide him defense and coverage under this policy in the present case. To date, no defense or coverage has been extended to the Defendant under the Providence Mutual policy.

> Defendant,
> Edward Silveira,
> By his attorneys
>
> s/ Denis T. Grieco II
> _____
> Dennis T. Grieco II
> BBO#: 566676
> GIDLEY, SARLI & MARUSAK, LLP
> One Turks Head Place, Ste. 900
> Providence, RI  02903
> Tel: (401) 274-6644
> Fax: (401) 3319304

## **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Offices of Brian M. Cullen
100 Summer Street, Ste. 201
Boston, MA 02110

      I hereby certify that on the 17 day of August, 2004 I mailed a true copy of the within to counsel of record, as above.

                                                                           s/ Cidalia Mendes Lucci
                                                             _____