UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HINGHAM MUTUAL FIRE INSURANCE
COMPANY, et al
        Plaintiffs,

v.                                      CIVIL ACTION
                                           03-CV-12391-WGY

DOUGLAS CUMMINS, et al,
        Defendants.

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 2:00 p.m. on Tuesday, September 7, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201. Judge Skinner invites confidential mediation memoranda be submitted by the Thursday preceding the Tuesday mediation session.

                                                       By: /s/ Barbara Clarke
                                                       Barbara Clarke (617) 748-9275
                                                       (Available Only Tuesday, Wednesday
                                                       and Thursday) or call
                                                       George Howarth (617) 748-9127

To: ALL COUNSEL OF RECORD
August 25, 2004