UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HINGHAM MUTUAL FIRE INSURANCE
COMPANY, et al
       Plaintiffs,

v.                                               CIVIL ACTION
                                                03-CV-12391-WGY

DOUGLAS CUMMINS, et al,
       Defendants.

**REVISED** NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been rescheduled for a MEDIATION with principals present at 10:00 a.m. on Tuesday, September 7, 2004 before Chief Magistrate Judge Bowler in Courtroom 25 on the seventh floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

                                                By: /s/ Barbara Clarke
                                                Barbara Clarke (617) 748-9275
                                                (Available Only Tuesday, Wednesday
                                                and Thursday) or call
                                                George Howarth (617) 748-9127

To:  ALL COUNSEL OF RECORD
August 31, 2004