UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
    Plaintiff

v.                            CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
    Defendants

### DEFENDANT, EDWARD SILVEIRA'S EMERGENCY MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES

    The Defendant, Edward Silveira, hereby moves, pursuant to L.R. 7.2(B)(4) for leave to file a memorandum of law in support of his motion for summary judgment in excess of twenty pages. The motion for summary judgment is currently due on September 1, 2004. In support hereof, the Defendant relies upon his supporting memorandum, filed herewith.

    WHERFORE, the Defendant, Edward Silveira, requests that this Court grant him leave to file a memorandum of law in support of his motion for summary judgment in excess of twenty pages.

                Defendant,
                Edward Silveira,
                By his attorneys

                S/ Dennis T. Grieco

                _____
                Dennis T. Grieco II
                BBO#: 545304
                GIDLEY, SARLI, & Marusak, LLP
                One Turks Head Place, Ste. 900
                Providence, RI  02903
                Tel: (401) 274-6644
                Fax: (401) 3319304

## **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110

    I hereby certify that on the 31 day of August, 2004, I mailed and faxed a true copy of the within to counsel of record, as above.

                                                  s/ Cidalia Mendes Lucci
                                                _____