UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
      Plaintiff

v.                                            CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
      Defendants

### DEFENDANT, EDWARD SILVEIRA'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES

      The Defendant, Edward Silveira, hereby moves, pursuant to L.R. 7.2(B)(4) for leave to file a memorandum of law in support of his motion for summary judgment in excess of twenty pages. The motion for summary judgment is currently due on September 1, 2004.

      This is an action for contribution by the Plaintiff, Hingham Mutual Insurance Company. The Plaintiff seeks contribution from the Defendant, Edward Silveira, as an alleged joint tortfeasor, in relation to a settlement that the Plaintiff paid on behalf of its insured, Michael Gould, in an underlying personal injury action. The Defendant denies that he is liable to the Plaintiff for contribution on the ground that he is an insured under the policy of insurance issued by the Plaintiff to Mr. Gould. The Defendant further asserted counterclaims against the Plaintiff for breach of contract, abuse of process, and violation of M.G.L. c.93A and c.176D.

      The Defendant is in the process of completing a motion for summary judgment concerning all of the Plaintiff's claims against him and his counterclaims against the Plaintiff. The summary judgment materials will be ready for filing by the current September 1, 2004

deadline for dispositive motions.  However, the Defendant's memorandum in support of his motion for summary judgment is approximately 40 – 45 pages long.

      The Defendant's motion for summary judgment requires analysis of various provisions of an insurance policy issued by the Plaintiff, case law attendant to that analysis, and statutes and case law regarding the Defendant's counterclaims.  Additionally, the Defendant's support for his motion for summary judgment as to the Plaintiff's claim against him and his three (3) counterclaims against the Plaintiff is derived from trial testimony in the underlying personal injury action, deposition testimony of the Plaintiff's Rule 30(b)(6) designee, deposition testimony of the Plaintiff's insured, Michael Gould, as well as other documentary items.  Extensive citation to several portions of these transcripts and other documentary materials is necessary to establish the undisputed facts relevant to the various claims asserted for which summary judgment is sought.  Accordingly, the Defendant is unable to comply with the twenty-page limit for memoranda pursuant to L.R. 7.1(B)(4), and requests leave from this Court to exceed the page limit.

      Defendant,
Edward Silveira,
By his attorneys

s/ Dennis T. Grieco

_____
Dennis T. Grieco II
BBO#: 545304
GIDLEY, SARLI, & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI  02903
Tel: (401) 274-6644
Fax: (401) 3319304

## **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110

     I hereby certify that on the 31 day of August, 2004, I mailed and faxed a true copy of the within to counsel of record, as above.

                                                   S/ Cidalia Mendes Lucci
                                                   _____