UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
        Plaintiff

v.                                                         CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
        Defendants

## DEFENDANT, EDWARD SILVEIRA'S
## MOTION FOR SUMMARY JUDGMENT

        The Defendant, Edward Silveira ("Silveira"), hereby moves for summary judgment, dismissing all claims of the Plaintiff, Hingham Mutual Fire Insurance Company, a/s/o Michael Gould ("Hingham"), against the Defendant Silveira. The Defendant Silveira further moves for partial summary judgment in his favor as to his counterclaims asserted against the Plaintiff, Hingham. In support hereof, the Defendant, Silveira, relies upon his Statement of Material Facts For Which There Is No Genuine Issue To Be Tried, as well as his memorandum of law, to be filed promptly pending the Court's decision on the Defendant's motion for leave to file his memorandum in support of motion for summary judgment in excess of twenty pages.

        WHEREFORE, the Defendant, Silveira, respectfully requests that this Court enter summary judgment in his favor as to the Plaintiff, Hingham's claims against him and enter partial summary judgment in Silveira's favor as to Silveira's counterclaims against Hingham.

## REQUEST FOR ORAL ARGUMENT

        The Defendant, Silveira, hereby requests that this matter be set down for oral argument.

                                Defendant,
                                Edward Silveira,
                                By his attorneys

                                S/ Dennis T. Grieco II
                                _____
                                Dennis T. Grieco II
                                BBO#: 566676
                                GIDLEY, SARLI, & MARUSAK, LLP
                                One Turks Head Place, Ste. 900
                                Providence, RI 02903
                                Tel: (401) 274-6644

## **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Offices of Thomas M. Niarchos
100 Summer Street, Ste. 201
Boston, MA 02110

      I hereby certify that on the 1st day of September, 2004, I mailed a true copy of the within to counsel of record, as above.

                                s/ Cidalia Mendes Lucci
                                _____