UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
        Plaintiff

v.                      CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
        Defendants

### DEFENDANT, EDWARD SILVEIRA'S MOTION TO COMPEL THE PLAINTIFF, HINGHAM MUTUAL INSURANCE COMPANY, a/s/o MICHAEL GOULD, TO PROVIDE FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

      The Defendant, Edward Silveira, hereby moves this Court for an Order compelling the Plaintiff, Hingham Mutual Insurance Company, a/s/o Michael Gould, to provide further responses to Defendant's Request for Production of Documents. In support hereof, the Defendant relies upon his memorandum of law, filed herewith.

      WHERFORE, the Defendant, Edward Silveira, requests that this Court grant his Motion to Compel Further Responses to Requests for Production of Documents and Order the Plaintiff to provide further responses, as requested, within ten (10) days of the date of Order.

### REQUEST FOR ORAL ARGUMENT

      The Defendant, Edward Silveira, respectfully requests a hearing and oral argument on his Motion to Compel Further Responses to Request for Production. Defendant states that this motion and the underlying action, involve numerous complex factual and legal issues which may best understood at a hearing on the motion.

**LOCAL RULE 37.1 CERTIFICATION**

The provisions of Local Rule 37.1 have been complied with prior to the filing of this motion.

                Defendant,
                Edward Silveira,
                By his attorneys

                s/ Dennis T. Grieco II
                _____
                Dennis T. Grieco II
                BBO#: 545304
                GIDLEY, SARLI, & Marusak, LLP
                One Turks Head Place, Ste. 900
                Providence, RI  02903
                Tel: (401) 274-6644
                Fax: (401) 3319304

**CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02109

      I hereby certify that on the 1st day of September, 2004, I mailed a true copy of the within to counsel of record, as above.

                s/ Cidalia Mendes Lucci
                _____