UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
    Plaintiff

v.                                                    CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
    Defendants

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court.

1. Complaint;
2. Letter from Paul Needham, Esq. dated 2/24/04;
3. Silveira's Answer;
4. Silveira's Answer to Amended Complaint and Counterclaim;
5. Deposition of Mark Wilkin, p.93;
6. Letters between Paul Needham, Esq. and Hingham Mutual Fire Insurance. Co. dated 12/17/02, 1/29/04, and 4/3/04

The original documents are maintained in the case file in the Clerk's Office.

DATE: September 1, 2004          Defendant, EDWARD SILVEIRA,
                                             By his attorney,

_____
Dennis T. Grieco II
BBO# 566676
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (FAX)

        Defendant,
        Edward Silveira,
        By his attorneys

        s/ Dennis T. Grieco

        _____

        Dennis T. Grieco II
        BBO#: 566676
        GIDLEY, SARLI, & Marusak, LLP
        One Turks Head Place, Ste. 900
        Providence, RI  02903
        Tel: (401) 274-6644
        Fax: (401) 3319304

## **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110


     I hereby certify that on the 1st day of September,  2004, I mailed and faxed  a true copy of the within to counsel of record, as above.

        s/ Cidalia Mendes Lucci
        _____