UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
        Plaintiff

v.                               CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
        Defendants

### DEFENDANT, EDWARD SILVEIRA'S MOTION TO COMPEL THE PLAINTIFF, HINGHAM MUTUAL INSURANCE COMPANY, a/s/o MICHAEL GOULD, TO PROVIDE MORE RESPONSIVE ANSWERS TO INTERROGATORIES

The Defendant, Edward Silveira, hereby moves this Court for an Order compelling the Plaintiff, Hingham Mutual Insurance Company, a/s/o Michael Gould, to provide more responsive answers to Defendant's interrogatories. In support hereof, the Defendant relies upon his memorandum of law, filed herewith.

WHERFORE, the Defendant, Edward Silveira, requests that this Court grant his Motion to Compel More Responsive Answers to Interrogatories and Order the Plaintiff to provide more responsive answers, as requested, within ten (10) days of the date of the Order.

### REQUEST FOR ORAL ARGUMENT

The Defendant, Edward Silveira, respectfully requests a hearing and oral argument on his Motion to Compel More Responsive Answers to Interrogatories. Defendant states that this motion and the underlying action, involve numerous complex factual and legal issues which may best be understood at a hearing on the motion.

## LOCAL RULE 37.1 CERTIFICATION

The provisions of Local Rule 37.1 have been complied with prior to the filing of this motion.

      Defendant,
      Edward Silveira,
      By his attorneys

      S/ Dennis T. Grieco II
      _____
      Dennis T. Grieco II
      BBO#: 566676
      GIDLEY, SARLI, & MARUSAK, LLP
      One Turks Head Place, Ste. 900
      Providence, RI  02903
      Tel: (401) 274-6644
      Fax: (401) 3319304

## CERTIFICATION

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02109

    I hereby certify that on the 1st day of September, 2004, I mailed a true copy of the within to counsel of record, as above.

      s/ Cidalia Mendes Lucci
      _____