UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HINGHAM MUTUAL FIRE INSURANCE COMPANY, a/s/o MICHAEL GOULD, Plaintiff<br><br>v.<br><br>DOUGLAS CUMMINS and EDWARD SILVEIRA, Defendnts | CIVIL ACTION NO.: 03-12391-WGY |

## PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

The plaintiff, Hingham Mutual Fire Insurance Company ("Hingham Mutual"), hereby moves that this Court amend its April 9, 2004 scheduling order. Specifically, the plaintiff requests that the discovery deadline and the deadline for filing dispositive motions be extended from September 1, 2004 to October 1, 2004. The grounds for this Motion are set forth in the Memorandum filed herewith.

Dated: August 31, 2004

The Plaintiff,
HINGHAM MUTUAL
FIRE INS. CO.,
By its attorney,

*[signature]*
W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

1

## CERTIFCATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, W. Paul Needham, hereby certify that I conferred in good faith with attorney Dennis T. Greico, II by means of letters exchanged on August 26 and 30, 2004, and attempted to resolve and narrow the issues present in this Motion.

_W. Paul Needham_
W. Paul Needham

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion on the defendants by mailing a copy hereof, postage prepaid, to the following on August 31, 2004:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

D. Michael Arter, Esq.
Law Office of Thomas Niarchos
100 Summer Street, Suite 201
Boston, MA 02109

_W. Paul Needham_
W. Paul Needham

2