UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

HINGHAM MUTUAL FIRE )
INSURANCE COMPANY, )
a/s/o MICHAEL GOULD, )
    Plaintiff )
)
)    CIVIL ACTION NO.:
v. )    03-12391-WGY
)
)
DOUGLAS CUMMINS and )
EDWARD SILVEIRA, )
    Defendants )
)

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

The Plaintiff, Hingham Mutual Fire Insurance Company ("Hingham Mutual"), hereby submits this Memorandum in Support of its Motion to Amend Scheduling Order. The Motion should be allowed for the following reasons:

Hingham Mutual has noticed the depositions of defendants Edward Silveira and Douglas Cummins but has not yet had the opportunity to depose them. The depositions were noticed on August 13, 2004 and were originally scheduled for August 27, 2004. Defendant Douglas Cummins was unable to attend on that date, and his attorney, D. Michael Arter, has indicated that he will not be available until the end of September. Attorney Arter has assented to an extension of the discovery deadline.

Dennis T. Grieco, II, counsel for defendant Edward Silveira, has not assented to the Motion and has refused to produce his client for deposition. On

1

August 24, 2004, Attorney Grieco first advised Hingham Mutual that Silveira would not appear for his deposition but gave no indication at that time that his client would not appear at all. Then, in a letter dated August 30, 2004 (attached hereto as Exhibit A), he wrote that Silveira would not appear on any date. He argued that discovery closed August 1, 2004 and Hingham Mutual did not notice Silveira's deposition until after that date. However, in its April 9, 2004 scheduling order (attached hereto as Exhibit B), this Court set a discovery deadline of September 1, 2004. Since Hingham Mutual noticed Silveira's deposition on August 13, 2004 and originally scheduled it for August 27, 2004, it has preserved its right to take the deposition.

While Silveira now contends that the discovery deadline in this case was August 1, 2004, he noticed the deposition of Michael Gould – the owner of the boat that was involved in the accident in the underlying negligence case – on August 13, 2004, the same day his own deposition was noticed. Gould's deposition went forward as scheduled on August 24, 2004, without objection from Hingham Mutual. Having noticed Gould's deposition after August 1, 2004, Silveira has waived any right to argue that Hingham Mutual's notice was somehow untimely.

Silveira's other ground for refusing to appear for deposition is Hingham Mutual's alleged refusal to allow its Assistant Vice President, Dan Forlasto, to be deposed. There has been no such refusal. Mr. Forlasto appeared at Attorney Arter's office on August 5, 2004 at 10:00 A.M., pursuant to a Rule 30(b)(6) deposition notice. He was accompanied by Mark Wilkin, Hingham Mutual's

Assistant Secretary, who Attorneys Arter and Grieco deposed until 5:45 PM. Mr. Forlasto waited in Attorney Arter's offices for that entire period but was never called. Attorney Grieco sought to reschedule the deposition for August 31, 2004, but Hingham Mutual's attorney, W. Paul Needham, was unavailable, as he was scheduled to begin trial in the case of *Bellavance v. Monteiro*, Bristol Superior Court, Docket No., BRCV2002-00887-C, on August 30, 2004. That trial began as scheduled on August 30 and continued until the late afternoon of August 31, when the jury rendered a verdict.

## CONCLUSION

For all of the foregoing reasons, Plaintiff's Motion to Amend Scheduling Order should be allowed and the discovery deadline and the deadline for filing dispositive motions should be extended from September 1, 2004 to October 1, 2004

Dated: August 31, 2004

The Plaintiff,
HINGHAM MUTUAL
FIRE INS. CO.,
By its attorney,

W. Paul Needham
BBO#268360
W. Paul Needham, P.C.
10 Liberty Square
Boston, MA 02109
(617) 482-0500

3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Memorandum in Support of Plaintiff's Motion to Amend Scheduling Order on the defendants by mailing a copy hereof, postage prepaid, and faxing a copy of the same to the following on August 31, 2004:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

D. Michael Arter, Esq.
Law Office of Thomas Niarchos
100 Summer Street, Suite 201
Boston, MA 02109

_W. Paul Needham_
W. Paul Needham