UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 03-CV-12391-WGY

HINGHAM MUTUAL FIRE INSURANCE COMPANY a/s/o
MICHAEL GOULD,
Plaintiff

VS

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
Defendants

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1(A)(2)

I, D. Michael Arter, hereby certify that I conferred in good faith with attorney W. Paul Needham and attempted to resolve and narrow the issues present in this motion.

_____
D. Michael Arter

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing motion on the plaintiff and defendant by mailing a copy hereof, postage prepared, to the following on September 1, 2004.

W. Paul Needham
W. Paul Needham, PC
10 Liberty Square
Boston, MA  02109

Dennis T. Greico, II,
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI  02903

_____
D. Michael Arter