UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

HINGHAM MUTAL FIRE
INSURANCE COMPANY, a/s/o
MICHAEL GOULD,
    Plaintiff

v.                                CIVIL ACTION NO.: 03-12391-WGY

DOUGLAS CUMMINS and
EDWARD SILVEIRA,
    Defendants

## NOTICE OF FILING WITH CLERK'S OFFICE

    Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court.  These documents are attached as exhibits to Defendant, Edward Silveira's Concise Statement of Material Facts of Record as to Which There is no Genuine Issue to be Tried Pursuant to L.R. 56.1.

A.    Answer to First Amended Complaint and Counterclaim of Defendant, Edward Silveira

B.    Answer of Hingham Mutual Fire Insurance Company, A/S/O Michael Gould to Edward Silveira's Counterclaims

C.    Excerpts from the Trial Transcript of Macomber v. Gould, Barnstable Superior Court No. BACV2001-00623

D.    Excerpts from the Deposition of Michael Joseph Gould, 8/24/04

E.    First Amended Complaint for Contribution and Declaratory Relief and Jury Demand

F.    Excerpts from Brief of Defendant-Appellant in Macomber v. Gould, Massachusetts Appeals Court No. 2003-P-154

G.    Release

H.    Satisfaction of Judgment in Macomber v. Gould, Barnstable Superior Court No. BACV2001-00623

I.    Stipulation of Voluntary Dismissal in Macomber v. Gould, Massachusetts Appeals Court No. 2003-P-154

J.   Hingham Mutual Fire Insurance Policy

K.   Correspondence from W. Paul Needham, Esq. to Edward J. Silveira, and correspondence from W. Paul Needham, Esq. to Douglas Cummins, 7/22/03

L.   Correspondence from William W. Wry, Jr. to W. Paul Needham, Esq., 8/13/03

M.   Correspondence from Dennis T. Grieco II, Esq. to W. Paul Needham, Esq., 2/11/04

N.   Correspondence from W. Paul Needham, Esq. to Dennis T. Grieco II, Esq., 2/24/04

O.   Excerpts from Deposition of Mark T. Wilkin, 8/5/04

The original documents are maintained in the case file in the Clerk's Office.

DATE: September 2, 2004

Defendant, EDWARD SILVEIRA,
By his attorney,


S/ Dennis T. Grieco II
_____
Dennis T. Grieco II
BBO# 566676
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (FAX)

# **CERTIFICATION**

W. Paul Needham, Esq.
W. Paul Needham. P.C.
10 Liberty Square
Boston, MA 02109

D. Michael Arter, Esq.
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110

     I hereby certify that on the 2nd day of September, 2004, I mailed a true copy of the within to counsel of record, as above.

                                          s/ Cidalia Mendes Lucci
                                          _____