**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>HINGHAM MUTUAL INS. CO.</u>
    Plaintiff(s)

    v.

CIVIL ACTION NO. <u>03-12391-WGY</u>

<u>DOUGLAS CUMMINS, ET AL</u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>YOUNG</u>

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On <u>September 7, 2004</u>, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    <u>X</u>   MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X] Settled. Your clerk should enter a <u>60</u> day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

<u>September 7, 2004</u>    /s/
    DATE    ADR Provider
    <u>MARIANNE B. BOWLER, U.S.Ch.M.J.</u>

(ADRreport.wpd - 4/12/2000)    [adrrpt.]