UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HINGHAM MUTUAL FIRE INS., ET AL** | **Civil Action**<br>**No: 03-12391-WGY** |
| **Plaintiff** | |
| v. | |
| **CUMMINS, ET AL**<br>**Defendant** | |

### **SETTLEMENT ORDER OF DISMISSAL**

**YOUNG, C.J.**

    The Court having been advised on SEPT 7, 2004 that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within SIXTY (60) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**September 7, 2004**

**To: All Counsel**