UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

HINGHAM MUTUAL FIRE )
INSURANCE COMPANY, )
a/s/o MICHAEL GOULD, )
    Plaintiff )
)
) CIVIL ACTION NO.:
v. ) 03-12391-WGY
)
DOUGLASS CUMMINS and )
EDWARD SILVEIRA, )
    Defendants )
_____)

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above action, to include all claims and counterclaims, is dismissed with prejudice, without cost, and with all rights of appeal waived.

_/s/ W. Paul Needham_
W. Paul Needham, Esq.
W. Paul Needham, P.C.
10 Liberty Square, 6th Floor
Boston, MA 02109

_/s/ Dennis T. Grieco_
Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

_/s/ D. Michael Arter_
D. Michael Arter, Esq.
Law Office of Thomas Niarchos
100 Summer Street, Suite 201
Boston, MA 02109

Dated: ~~September~~ November 9, 2004

1